JUDGE PALLMEYER

MAGISTRATE JUDGE IASPARRO

FILED

7/14/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | UNDER SEAL **26CR50038** |
| | ) | |
| | ) | No. |
| vs. | ) | |
| | ) | |
| ISAAC GONZALEZ, and | ) | Violations: Title 18, United States |
| DANIEL JARAMILLO | ) | Code, Sections 371 and 922(a)(6) |
| | ) | |

## COUNT ONE

The SPECIAL JULY 2025 GRAND JURY charges:

1.      At times material to this indictment:

a.      Leo's Guns & Range, located in Loves Park, Illinois, possessed a federal firearms dealers' license issued by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and offered firearms for sale to the public;

b.      Federal law required that upon the purchase and transfer of a firearm from a licensed firearms dealer to an individual, the transferee/buyer of that firearm was required to complete ATF Form 4473;

c.      ATF Form 4473 recorded information concerning the transfer of a firearm from a licensed firearm dealer to another individual, including, but not limited to, the name, age, and place of residence of the transferee/buyer, whether the transferee/buyer had been convicted of a crime punishable by imprisonment exceeding one year, and a truthful certification that the transferee/buyer was the actual buyer of the firearm;

d.      Upon completing the ATF Form 4473 in relation to the purchase

of a firearm, the transferee/buyer of the firearm was required to sign ATF Form 4473 certifying that the information on the form was true and correct;

e. Individuals known as "straw purchasers" are those who, when purchasing a firearm from a licensed firearm dealer, falsely certify on ATF Form 4473 that they are the actual buyers of the firearm, when, in fact, they are buying the firearm on behalf of someone else.

2. Beginning no later than on or about October 16, 2025, and continuing until on or about October 19, 2025, in the Northern District of Illinois, Western Division, and elsewhere,

ISAAC GONZALEZ and
DANIEL JARAMILLO,

defendants herein, neither of whom was a licensed importer, manufacturer, dealer, or collector of firearms, within the meaning of Chapter 44, Title 18 of the United States Code, did conspire with each other and others known and unknown to the Grand Jury, to knowingly make a false and fictious written statement to a licensed firearms dealer, in connection with the acquisition of a firearm, which statement was intended and likely to deceive the licensed firearm dealer with respect to a fact material to the lawfulness of the sale of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

3. It was part of the conspiracy that DANIEL JARAMILLO agreed to purchase a firearm on behalf of ISAAC GONZALEZ from a licensed firearm dealer in Illinois.

2

4. It was further part of the conspiracy that ISAAC GONZALEZ provided money to DANIEL JARAMILLO to purchase a firearm for ISAAC GONZALEZ.

5. It was further part of the conspiracy that ISAAC GONZALEZ instructed DANIEL JARAMILLO to act as a "straw purchaser" by purchasing the firearm from a licensed firearms dealer in Illinois for the benefit of ISAAC GONZALEZ but falsely certifying on ATF Form 4473 that DANIEL JARAMILLO was the actual buyer/transferee of the firearm.

6. It was further part of the conspiracy that, after making a "straw purchase," DANIEL JARAMILLO provided ISAAC GONZALEZ with a firearm.

7. It was further part of the conspiracy that DANIEL JARAMILLO and ISAAC GONZALEZ did conceal and hide, and cause to be concealed and hidden, the purposes of acts done in furtherance of the conspiracy.

### Overt Acts

8. In furtherance of the conspiracy and to accomplish the objectives of the conspiracy, DANIEL JARAMILLO and ISAAC GONZALEZ committed one or more overt acts in the Northern District of Illinois, Western Division, which overt acts included but were not limited to the following:

a. On or about October 16, 2025, DANIEL JARAMILLO purchased a firearm, namely, a Springfield Armory Hellcat Pro 9-millimeter pistol with serial number BK369467 and, in doing so, falsely completed an ATF Form 4473 by certifying that DANIEL JARAMILLO was the actual buyer/transferee, when he knew he was not the actual buyer/transferee.

3

b.      On or about October 19, 2025, DANIEL JARAMILLO obtained a firearm, namely, a Springfield Armory Hellcat Pro 9-millimeter pistol with serial number BK369467 and falsely completed an ATF Form 4473 certifying that DANIEL JARAMILLO was the actual buyer/transferee, when he knew he was not the actual buyer/transferee.

c.      On or about October 19, 2025, ISAAC GONZALEZ received a firearm, namely, a Springfield Armory Hellcat Pro 9-millimeter pistol with serial number BK369467, from DANIEL JARAMILLO.

All in violation of Title 18, United State Code, Section 371.

4

## COUNT TWO

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about October 19, 2025, at Loves Park, in the Northern District of Illinois, Western Division,

### DANIEL JARAMILLO,

defendant herein, in connection with the acquisition of a firearm, namely a Springfield Armory Hellcat Pro 9-millimeter pistol with serial number BK369467, from Leo's Guns & Range, located in Loves Park, Illinois, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Leo's Guns & Range, which statement was intended and likely to deceive Leo's Guns & Range as to a fact material to the lawfulness of the sale of the said firearm to defendant under Title 18, United States Code, Chapter 44, in that defendant represented in an ATF Form 4473 that he was the actual buyer of the firearm, when in fact, as the defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United State Code, Section 922(a)(6).

5

## FORFEITURE ALLEGATION

The SPECIAL JULY 2025 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(a)(6) as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to, a Springfield Armory Hellcat Pro 9-millimeter pistol with serial number BK369467.

A TRUE BILL:


FOREPERSON


Andrew S. Bouthot by _____
UNITED STATES ATTORNEY

6